UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHANE REIS**                                                                **CIVIL ACTION**

**VERSUS**                                                                    **No. 10-1819**

**NOBLE CORPORATION**                                                         **SECTION I**

### ORDER

Considering the motion[1] to dismiss, the motion[2] *in limine* to limit the expert opinion of Geoffrey Webster, the motion[3] *in limine* to exclude any testimony or evidence that defendant failed to produce complete records, and the motion[4] for leave to file Exhibit A to the motion to dismiss, all filed by defendant, Noble Drilling Corporation,

**IT IS ORDERED** that the motion to dismiss (R. Doc. No. 81) and the motion to limit expert testimony (R. Doc. No. 82) are **DENIED** and any such issues will be addressed at trial. This Court's scheduling order[5] provides that "[a]ll pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **Wednesday, February 2, 2011**." Although the scheduling

---

[1] R. Doc. No. 81.

[2] R. Doc. No. 82.

[3] R. Doc. No. 83.

[4] R. Doc. No. 85.

[5] R. Doc. No. 6.

1

order has been modified on occasion, this Court made clear that the original motions deadline did not change.[6]  Defendant has not shown good cause for the Court to consider these untimely motions, which were filed more than one year after the pretrial motions deadline and only three days before the final pretrial conference.

**IT IS FURTHER ORDERED** that the motion for leave to file Exhibit A to the motion to dismiss (R. Doc. No. 85) is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that plaintiff shall file any response to the motion *in limine* to exclude any testimony or evidence that defendant failed to produce complete records (R. Doc. No. 83) **no later than Friday, June 22, 2012**.

New Orleans, Louisiana, June 13, 2012.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[6]*See* R. Doc. Nos. 28, 39, 67, and 75.  These orders emphasize that all dates and deadlines, including the motions deadline, remain in effect except as otherwise provided.